# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **KRISTY FORBES, ON BEHALF OF HERSELF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** § § § § §<br>    *Plaintiff* § §<br>  **v.** § §<br>**SAN GABRIEL RECOVERY RANCH,** § §<br>    *Defendant* § | **Case No. 1:21-cv-00851-LY-SH** |

## ORDER

Before the Court is Applicant John Kenneth Harper's Motion for Admission *Pro Hac Vice* (Dkt. 20), filed August 25, 2022. On March 24, 2022, the District Court referred all pending and future discovery motions and related motions in this case to the undersigned for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* (Dkt. 20) is **GRANTED**, and Applicant may appear on behalf of Defendant in the above case.

**IT IS FURTHER ORDERED** that the Applicant, if the Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**SIGNED** on August 26, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE