# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **KRISTY FORBES, on behalf of herself and on behalf of all others similarly situated,**<br>*Plaintiff*<br><br>v.<br><br>**SAN GABRIEL RECOVERY RANCH,**<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>Case No. 1:21-cv-00851-LY-SH |

## ORDER

Before the Court are Plaintiff's Motion to Compel Discovery, filed August 17, 2022 (Dkt. 16); Defendant San Gabriel Recovery Ranch, LLC and Non-Parties Karen Chavez and Paula Harrell's Motion to Quash and Objections to Plaintiff's Subpoena to Verizon Wireless, filed August 22, 2022 (Dkt. 17); Plaintiff's Motion for Extension of Time Pursuant to Rules 33, 34, and 36, filed September 19, 2022 (Dkt. 26); and the associated response and reply briefs.[1]

The Court hereby **ORDERS** the parties to appear for a hearing on these Motions **on October 12, 2022, at 9:30 a.m.** in Courtroom Six on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

The Court **FURTHER ORDERS** the parties to meaningfully confer (telephonically or in person) in an attempt to resolve the issues raised in the Motions and **FILE** a Joint Advisory to the Court **on or before October 7, 2022**. The Joint Advisory must discuss the parties' conference, inform the Court what issues raised in the pending Motions have been resolved, identify any

---

[1] On March 24, 2022, the District Court referred all pending and future discovery motions and related motions in this case to the undersigned Magistrate judge for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. 13.

remaining disputed issues requiring resolution by the Court, and briefly set forth the parties' respective positions on each outstanding issue. If no issues remain that the parties cannot resolve without Court intervention after the parties have met and conferred as ordered herein, the hearing will be canceled and the Motions dismissed as moot.

**SIGNED** on September 21, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE